UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Machelle Cardenas, an individual,<br><br>                                   Plaintiff,<br><br>v.<br><br>American Airlines, Inc. a Texas corporation; American Airlines Group, Inc. a publicly traded Delaware corporation; Tony LNU, an individual; and DOES 1 through 100,<br><br>                                   Defendants. | Case No.: 17-cv-02513-GPC-BGS<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR EARLY NEUTRAL EVALUATION CONFERENCE PRIOR TO THE FILING OF AN ANSWER**<br><br>**[ECF No. 8]** |

On December 15, 2017, Plaintiff Machelle Cardenas ("Plaintiff") filed a complaint in the instant action. (ECF No. 1.) Defendants have yet to appear in the matter. (*See* docket.) On, January 31, 2018, Plaintiff filed a motion requesting an early neutral evaluation pursuant to Civil Local Rule 16.1(c)(1), which permits counsel for any party to make a request in writing to hold an Early Neutral Evaluation Conference after the filing of a complaint and before an answer has been filed. (ECF No. 8.) However, Plaintiff has provided no basis for why the Court should set an Early Neutral Evaluation Conference prior to a defendant's filing of an answer in this matter. (*See* ECF No. 8 [merely quoting CivLR 16.1(c)(1)].)

Accordingly, Plaintiff's motion (ECF No. 8) is **DENIED without prejudice**. The Court will set an Early Neutral Evaluation Conference in due course once an answer is filed in this action.

**IT IS SO ORDERED.**

Dated: January 31, 2018

_____
Hon. Bernard G. Skomal
United States Magistrate Judge